# EXHIBIT 1

Resolution # 8-8-2017-A

# RESOLUTION DECLARING THAT THE UNLAWFUL DISTRIBUTION OF PRESCRIPTION CONTROLLED SUBSTANCES HAS CREATED A PUBLIC NUSIANCE AND A SERIOUS PUBLIC HEALTH AND SAFETY CRISIS FOR THE CITIZENS OF ALEXANDER COUNTY.

**WHEREAS**, the County Board is the policy-determining body of the County; and

**WHEREAS**, the County Board has the authority to take action to protect the public health, safety, and welfare of the citizens of ALEXANDER County; and

**WHEREAS**, there exists a serious public health and safety crisis involving opioid abuse, addiction, morbidity, and mortality in ALEXANDER County; and

**WHEREAS**, the diversion of legally produced controlled substances into the illicit market causes or contributes to the serious public health and safety crisis involving opioid abuse, addiction, morbidity, and mortality in ALEXANDER County; and

**WHEREAS**, the violation of any laws of Illinois or of the United States of America controlling the distribution of a controlled substance is inimical, harmful, and adverse to the public welfare of the citizens of ALEXANDER County and constitutes a public nuisance; and

**WHEREAS**, the County Board has the authority to abate, or cause to be abated, any public nuisance including those acts that significantly interfere with the public health, safety, and welfare of the citizens of ALEXANDER County; and

**WHEREAS**, the County Board has expended, is expending, and will continue to expend in the future County public funds to respond to the serious public health and safety crisis involving opioid abuse, addiction, morbidity, and mortality in ALEXANDER County; and

**WHEREAS**, the County Board may sue to obtain any money due the County; and

**WHEREAS**, the County Board has received information that indicates that the wholesale distributors of controlled substances in ALEXANDER County may have violated Federal laws and regulations that were enacted to prevent the diversion of legally produced controlled substances into the illicit market; and

**WHEREAS**, the citizens of ALEXANDER County will benefit from the retention of special outside counsel to investigate and pursue, if appropriate, County claims against the wholesale distributors of controlled substances in ALEXANDER County, on a contingent fee basis, wherein there is no attorney fee or reimbursement of litigation expenses if there is no recovery; and

**NOW, THEREFORE, BE IT RESOLVED** by the County Board of ALEXANDER County, Illinois with at least two-thirds of its members thereto concurring as follows:

## SECTION I

That the County Board hereby declares that opiate abuse, addiction, morbidity, and mortality has created a serious public health and safety crisis in ALEXANDER County, Illinois, and is a public nuisance; and

## SECTION II

That the County Board hereby finds and determines that all formal actions relative to the passage of this Resolution were taken in an open meeting of this Board, and that all deliberations of this Board and its Committees, if any, which resulted in formal action, were taken in meetings open to the public, in full compliance with all applicable legal requirements.